UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

| | |
|---|---|
| *Leeann Carrera v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11087-DRH |
| *Amy Schulte v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11269-DRH |
| *Amy Stewart v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11582-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 18, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.06.19 15:20:23 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT